FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ DEC 31 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CAMILLE CINCOTTA,

                    Plaintiff,

-against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.
-------------------------------------------------------------X

JUDGMENT
02-CV- 5566 (SLT)

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on December 30, 2009, granting the Commissioner's motion for judgment on the pleadings; denying plaintiff's motion; and dismissing the case; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Commissioner's motion for judgment on the pleadings is granted; that plaintiff's motion is denied; and that the case is dismissed.

Dated: Brooklyn, New York
        December 30, 2009

S/RCH

ROBERT C. HEINEMANN
Clerk of Court